UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JESUS MANUAL RIOS-QUINTERO | CIVIL ACTION NO. 26-0314 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| PAMELA BONDI, ET AL. | MAGISTRATE JUDGE LEBLANC |

# ORDER

Before the Court is a motion for a temporary restraining order and preliminary injunction filed by the Petitioner, Jesus Manual Rios-Quintero. R. Doc. 2. Because the preliminary relief sought, release or a bond hearing, mirrors the ultimate relief sought in Rios-Quintero's writ of habeas, R. Doc. 1., the motion is **DENIED**. Furthermore, the Petitioner's writ of habeas corpus has been received, R. Doc. 1, and is hereby **REFERRED** to the Magistrate Judge for consideration and disposition.

One cannot skip the line by dressing a habeas petition in TRO clothes. *See Rodriguez v. Lyons,* No. CV 25-1926, 2025 WL 3553742, at *1 (W.D. La. Dec. 8, 2025) (denying a "motion to decide my habeas petition now."); *Peters v. Davis*, No. 6:17-cv-595, 2018 WL 11463602, at *2 (E.D. Tex. Mar. 27, 2018) (explaining that a TRO is not purposed "to give a plaintiff the ultimate relief he seeks"); *Lindell v. United States*, 82 F.4th 614, 618 (8th Cir. 2023) ("[T]he purpose of injunctive relief is to preserve the status quo; it is not to give the movant the ultimate relief he seeks.").

1

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 4th day of February, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE